**UNITED STATE DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Audio Research Corporation,

Plaintiff,

v.

Audio Video Research, Inc.,

Defendant.

Civil No. 01-1522 PAM/SRN

**VOLUNTARY DISMISSAL UNDER RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Comes now the Plaintiff, through its attorneys, to voluntarily dismiss this action, without prejudice, under Federal Rule of Civil Procedure 41(a)(1). No adverse party has served an answer or motion for summary judgment, nor has Plaintiff previously once dismissed this action in any court of the United States or of any state based on or including this claim. Therefore, dismissal of this action, without prejudice, is appropriate and is respectfully requested.

John a Clifford # 134,181

MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
(612) 332-5300

ATTORNEYS FOR AUDIO RESEARCH CORPORATION

Date: Jany 10, 2002

SO ORDERED.

PAUL A. MAGNUSON, JUDGE
United States District Court

FILED JAN 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

K:\CLIENTS\07\07269\4usam\Voluntary dismissal.doc